# EXHIBIT A



**Service of Process Transmittal**
01/10/2013
CT Log Number 521923853

**TO:** Dianne McFarlane, Paralegal
Parker-Hannifin Corporation
6035 Parkland Blvd.
Cleveland, OH 44124-4141

**RE:** **Process Served in Texas**

**FOR:** Parker-Hannifin Corporation (Domestic State: OH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Bobby Gilbert, Pltf. vs. The Home Depot and Parker Hannifin Corporation, Dfts. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Citation, Original Petition, Certification |
| **COURT/AGENCY:** | 55th Judicial District Court Harris County, TX<br>Case # 201300523 |
| **NATURE OF ACTION:** | Product Liability Litigation - Manufacturing Defect - Personal Injury - January 6, 2011 - Defective acetylene/oxygen welding hose |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/10/2013 at 15:15 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days |
| **ATTORNEY(S) / SENDER(S):** | Eric C. Hixon<br>The Hixon Law Firm<br>5555 West Loop South, Suite 605<br>Bellaire, TX 77401<br>713-661-2541 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/10/2013, Expected Purge Date: 01/15/2013<br>Image SOP<br>Email Notification, Dianne McFarlane dmcfarlane@parker.com<br>Email Notification, Julie Picciano julie.picciano@parker.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Amber Carrouth |
| **ADDRESS:** | 350 North St Paul Street<br>Suite 2900<br>Dallas, TX 75201 |
| **TELEPHONE:** | 214-932-3601 |

Page 1 of 1 / LG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

RECEIPT NUMBER __452403__ __0.00__
TRACKING NUMBER __72960764__ __CIV__

CAUSE NUMBER __201300523__

| | |
|---|---|
| PLAINTIFF: GILBERT, BOBBY<br>vs.<br>DEFENDANT: HOME DEPOT (THE) | In The 55th<br>Judicial District Court of<br>Harris County, Texas |

## CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

TO: PARKER HANNIFIN CORPORATION (CORPORATION) BY SERVING THE REGISTERED
AGENT OF THE CORPORATION C T CORPORATION SYSTEM ITS REGISTERED OFFICE

350 NORTH SAINT PAUL STREET SUITE 2900 DALLAS TX 75201

Attached is a copy of __PLAINTIFF'S ORIGINAL PETITION__

This instrument was filed on the __4th__ day of __January__, 20 __13__, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED; you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this __7th__ day of __January__, 20 __13__.

Issued at request of:
HIXON, ERIC CHARLES
5555 WEST LOOP SOUTH, SUITE 605
HOUSTON, TX 77401
Tel: (713) 661-2541
Bar Number: 9730500

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Generated by: CUERO, NELSON  7MM/7MM/9468087

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20____, at_____ o'clock ____.M., endorsed the date of delivery thereon, and executed it at _____, _____,
                                                                                        (street address)          (city)

in _____ County, Texas on the _____ day of _____, 20____, at_____ o'clock ____.M.,

by delivering to _____, by delivering to its
              (the defendant corporation named in citation)

_____, in person, whose name is _____,
(registered agent, president, or vice-president)

a true copy of this citation, with a copy of the _____ Petition attached,
                                            (description of petition, e.g., "Plaintiff's Original")

and with accompanying copies of _____.
                              (additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20____.

FEE: $ _____                By: _____
                                    (signature of officer)
                             Printed Name: _____

                             As Deputy for: _____
_____             (printed name & title of sheriff or constable)
Affiant Other Than Officer

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20_____.

                                                    _____
N.INT.CITC.P                                              Notary Public

Filed 13 January 4 P3:10
Chris Daniel - District Clerk
Harris County
ED101J017254518
By: Nelson Cuero

2013-00523 / Court: 055

| | | |
|---|---|---|
| BOBBY GILBERT<br>Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT |
| V. | §<br>§ | _____ JUDICIAL DISTRICT |
| THE HOME DEPOT AND PARKER<br>HANNIFIN CORPORATION<br>Defendants. | §<br>§ | OF HARRIS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Bobby Gilbert, hereinafter called Plaintiff, complaining of and about The Home Depot and Parker Hannifin Corporation, hereinafter called Defendants, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1. Plaintiff intends that discovery be conducted under Discovery Level 3.

### PARTIES AND SERVICE

2. Plaintiff, Bobby Gilbert, is an Individual whose address is 9321 Clinton Drive, Houston, Texas 77029.

3. The last three numbers of Bobby Gilbert's social security number are 965.

4. Defendant The Home Depot, a Corporation based in Texas, is organized under the laws of the State of Texas, and service of process on the Defendant may be effected pursuant to sections 5.201 and 5.255 of the Texas Business Organizations Code, by serving the registered agent of the corporation, Corporation Service Company, at 211 East 7th Street, Suite 620 Austin, TX 77801, its registered office. Service of said Defendant as described above can be effected by personal delivery.

5. Defendant Parker Hannifin Corporation, a Corporation based in Texas, is organized under the laws of the State of Texas, and service of process on the Defendant may be effected pursuant to sections 5.201 and 5.255 of the Texas Business Organizations Code, by serving the registered agent of the corporation, CT Corporation System, at 350 North Saint Paul Street, Suite 2900 Dallas, TX 75201, its registered office. Service of said Defendant as described above can be effected by personal delivery.

## JURISDICTION AND VENUE

6. The subject matter in controversy is within the jurisdictional limits of this court.

7. This court has jurisdiction over the parties because Defendants are Texas residents.

8. Venue in Harris County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

9. On January 6, 2011, Plaintiff purchased an acetylene/oxygen welding hose, manufactured by Parker Hannifin Corporation, from The Home Depot. Plaintiff took the welding hose to his place of business to use on his acetylene/oxygen welding tank. As Plaintiff connected the welding hose to the welding tank, the hose exploded near Plaintiff's face, causing an injury to his eye and an immediate loss of hearing.

10. There were no warnings sufficient to apprise Plaintiff that the welding hose, purchased from Defendant, would cause the kind of injury and damage suffered by Plaintiff.

11. Plaintiff was initially seen and treated at the DCH Northport Medical Center Emergency Department ("DCH") for his injuries. Subsequent to his treatment at DCH, Plaintiff has received medical treatment and have incurred medical expenses from several additional medical

facilities, including the Bayshore Medical Center, The Radiology Clinic, Eye Excellence, and Andres H. Keichian, MD PA.

## BOBBY GILBERT'S CLAIM FOR IMPLIED WARRANTY OF MERCHANTABILITY

12. The Defendants sold the welding hose to Plaintiff;

13. The welding hose was unmerchantable as demonstrated by its explosion upon proper use by Plaintiff;

14. Plaintiff notified Defendants of the breach; and

15. Plaintiff suffered injury.

## BOBBY GILBERT'S CLAIM FOR IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE

16. Defendants sold the welding hose to Plaintiff;

17. Defendants had knowledge Plaintiff was

    A. buying the welding hose for the particular purpose of using it while connected to a welding tank, and

    B. relying on the Defendants' skill or judgment to select goods fit for that purpose

18. Defendant delivered goods that were unfit for the Plaintiff's particular purpose;

19. Plaintiff notified Defendant of the breach; and

20. Plaintiff suffered injury.

## BOBBY GILBERT'S CLAIM FOR STRICT LIABILITY

21. The welding hose purchased from the Defendant was defective as demonstrated by its explosion upon proper use by Plaintiff;

22. The welding hose reached the Plaintiff without substantial changes in its condition from the time it was originally sold by Defendant;

23. The defect rendered the welding hose unreasonably dangerous; and

24. The unreasonably dangerous defect caused an injury to the Plaintiff.

## DAMAGES FOR PLAINTIFF, BOBBY GILBERT

25. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Bobby Gilbert, was caused to suffer a decrease in vision and decrease in hearing as a direct consequence of the defective product manufactured or sold by defendants, and to incur the following damages:

    A. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff, Bobby Gilbert for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Harris County, Texas;

    B. Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

    C. Physical pain and suffering in the past;

    D. Loss of Hearing;

    E. Loss of Eyesight; and

    F. Mental anguish in the past.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, Bobby Gilbert, respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be

Certified Document Number: 54346253 - Page 4 of 5

entitled at law or in equity.

>Respectfully submitted,
>
>The Hixon Law Firm
>
>By: *Eric C. Hixon*
>Eric C. Hixon
>Texas Bar No. 09730500
>5555 West Loop South, Suite 605
>Bellaire, TX 77401
>Tel. (713) 661-2541
>Fax. (713) 661-2583
>Attorney for Plaintiff
>Bobby Gilbert



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 4, 2013

Certified Document Number:        54346253 Total Pages: 5

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com

| HCDistrictclerk.com | GILBERT, BOBBY vs. HOME DEPOT (THE) | 1/29/2013 |
|---|---|---|
| | Cause: 201300523    CDI: 7    Court: 055 | |

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| File Date | 1/4/2013 |
| Case (Cause) Location | Civil Intake 1st Floor |
| Case (Cause) Status | Active - Civil |
| Case (Cause) Type | PERSONAL INJ (NON-AUTO) |
| Next/Last Setting Date | N/A |
| Jury Fee Paid Date | N/A |

### COURT DETAILS

| | |
|---|---|
| Court | 055th |
| Address | 201 CAROLINE (Floor: 9) HOUSTON, TX 77002 Phone:7133686055 |
| JudgeName | Jeff Shadwick |
| Court Type | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| GILBERT, BOBBY | PLAINTIFF - CIVIL | | HIXON, ERIC CHARLES |
| HOME DEPOT (THE) | DEFENDANT - CIVIL | | |
| PARKER HANNIFIN CORPORATION | DEFENDANT - CIVIL | | |
| HOME DEPOT (THE) (CORPORATION) BY SERVING THE REGISTERED AGENT OF THE | REGISTERED AGENT | | |
| PARKER HANNIFIN CORPORATION (CORPORATION) BY SERVING THE REGISTERED | REGISTERED AGENT | | |

## INACTIVE PARTIES
No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume/Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 1/4/2013 | ORIGINAL PETITION | | | 0 | | HIXON, ERIC CHARLES | GILBERT, BOBBY |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION CORPORATE | | ORIGINAL PETITION | HOME DEPOT (THE) (CORPORATION) BY SERVING THE REGISTERED AGENT OF THE | 1/4/2013 | 1/7/2013 | | | | 72860763 | CIV AGCY-CIVILIAN SERVICE AGENCY |
| | | | 211 EAST 7TH STREET SUITE 620 AUSTIN TX 78701 | | | | | | | |
| | | | 211 EAST 7TH STREET SUITE 620 AUSTIN TX 78701 | | | | | | | |
| CITATION CORPORATE | | ORIGINAL PETITION | PARKER HANNIFIN CORPORATION (CORPORATION) BY SERVING THE REGISTERED | 1/4/2013 | 1/7/2013 | | | | 72860764 | CIV AGCY-CIVILIAN SERVICE AGENCY |
| | | | 350 NORTH SAINT PAUL STREET SUITE 2900 DALLAS TX 75201 | | | | | | | |
| | | | 350 NORTH SAINT PAUL STREET SUITE 2900 DALLAS TX 75201 | | | | | | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 54365994 | Civil Bureau Process Pick-Up Form | | 01/07/2013 | 1 |
| 54346253 | Plaintiffs Original Petition | | 01/04/2013 | 5 |
| -> 54346255 | Civil Case Information Sheet | | 01/04/2013 | 1 |
| -> 54346254 | Civil Process Request | | 01/04/2013 | 2 |